IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARIAH GRANGER                                                                          PLAINTIFF

V.                            CASE NO. 3:17-CV-263-BD

SOCIAL SECURITY ADMINSTRATION                                      DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 28th day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE